IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONNY L. THOMAS,<br>Petitioner | CIVIL ACTION |
| v. | NO. 10-1237 |
| JOHN KERESTES, et al.,<br>Respondents | |

FILED
JUN 28 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 28th day of June, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Response thereto (Docket No. 6), and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated May 19, 2010, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
JOHN P. FULLAM, J.

Mailed
6-29-10
J. Morganelli
S. Thomas P.P.

Docket to DHS